IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOE ANTHONY VALDEZ, JR. | § | |
| VS. | § | CIVIL ACTION NO. 6:11CV651 |
| DIRECTOR, TDCJ-CID | § | |

ORDER DENYING DEFAULT JUDGMENT

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report and Recommendation (docket entry #48) of the Magistrate Judge, which contains proposed findings of fact and recommendations, concludes that Petitioner's second Motion for Default Judgment (docket entry #45), be denied. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that Petitioner's second Motion for Default Judgment (docket entry #45) is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 28th day of August, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE